IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSE JUAN MARTINEZ NORIEGA,

    Defendant.
_____/

No. CR 08-00836-01 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA

    The Court has reviewed Magistrate Judge Timothy J. Bommer's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect.  Accordingly,

    Defendant Jose Juan Martinez Noriega's plea of guilty is accepted by the Court as to Count One of the Indictment charging Defendant Jose Juan Martinez Noriega with conspiracy to possess with intent to distribute and to distribute a Schedule II controlled substance, namely, at least 50 grams of actual methamphetamine, in violation of 21 United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).  Sentencing is set for February 17, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.  The trial date as to this Defendant is vacated.

Dated: 12/10/09

*Claudia Wilken* (signature)

CLAUDIA WILKEN
United States District Judge

cc:  U.S. Probation